# Court of Appeals
# of the State of Georgia

ATLANTA,___May 16, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A0568. MOHAMMED G. MOSTOFA v. FEDERAL HOME LOAN MORTGAGE CORPORATION.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, Mohammed G. Mostofa, Subrin Z. Mostofa, and "all others" appealed the magistrate court's decision to the superior court. The superior court later entered a writ of possession in favor of Federal Home Loan Mortgage Corporation. Mohammed Mostofa then appealed directly to this Court. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Mostofa was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *Dean's Catering v. Strum & Associates*, 231 Ga. App. 202 (498 SE2d 786) (1998); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_05/16/2013_____
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*



_____, *Clerk.*